FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00097-CV

Sharyn **DACBERT**,
Appellant/Cross-Appellee

v.

**MEDICAL CENTER OPHTHALMOLOGY ASSOCIATES, L.L.P.** and Michael Singer,
Appellees/Cross- Appellants

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-06670
Honorable Martha Tanner, Judge Presiding

# O R D E R

The Appellant's/Cross-Appellee's Third Motion to Extend Time for Filing Appellant's/Cross-Appellee's Brief is hereby GRANTED. Appellant's/Cross-Appellee's Brief is due on or before June 6, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court